Brett Schuman (SBN 189247)
*bschuman@goodwinprocter.com*
GOODWIN PROCTER LLP
Three Embarcadero Center
24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041
*Attorney for Defendant KNEW DEAL, INC.*

Jennifer A. Golinveaux (SBN 203056)
*jgolinveaux@winston.com*
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Tel.: 415.591.1000
Fax: 415.591.1400
*Attorney for Plaintiff HOUZZ, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HOUZZ, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KNEW DEAL, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendant. | Case No. 3:15-cv-00306-EDL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>HON. ELIZABETH D. LAPORTE |

1   Pursuant to Civil Local Rule 6-1(a), Defendant Knew Deal, Inc. ("Knew Deal") and
2   Plaintiff Houzz, Inc. ("Houzz"), by and through their respective counsel of record, hereby stipulate
3   as follows:
4   WHEREAS, Houzz served its Complaint on February 3, 2015;
5   WHEREAS, Knew Deal currently has until February 24, 2015 to answer or respond to
6   Houzz's complaint;
7   WHEREAS, Knew Deal has requested and Houzz has consented to an additional 14 days
8   for Knew Deal to answer or respond to Houzz's complaint;
9   WHEREAS, an additional 14 days for Knew Deal to answer or respond to Houzz's
10  Complaint will not alter the date of any event or any deadline already fixed by Court order;
11  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
12  their respective counsel, that Knew Deal shall answer or otherwise respond to Houzz's Complaint
13  by March 10, 2015.

Dated: February 20, 2015                Respectfully submitted,

                                        By: /s/ Brett Schuman
                                            Brett Schuman (SBN 189247)
                                            *bschuman@goodwinprocter.com*
                                            GOODWIN PROCTER LLP
                                            Three Embarcadero Center
                                            24th Floor
                                            San Francisco, California 94111
                                            Tel.: 415.733.6000
                                            Fax: 415.677.9041

                                        *Attorney for Defendant KNEW DEAL, INC.*

Dated: February 20, 2015                By: /s/ Jennifer A. Golinveaux
                                            Jennifer A. Golinveaux (SBN 203056)
                                            *jgolinveaux@winston.com*
                                            WINSTON & STRAWN LLP
                                            101 California Street
                                            San Francisco, California 94111
                                            Tel.: 415.591.1000
                                            Fax: 415.591.1400

                                        *Attorney for Plaintiff HOUZZ, INC.*

STIPULATION TO EXTEND TIME TO                CASE NO. 3:15-CV-00306-EDL
RESPOND TO COMPLAINT

**CERTIFICATE OF SERVICE**

I, Brett Schuman, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on February 20, 2015.

*/s/ Brett Schuman*