| | |
|---|---|
| Jennifer A. Golinveaux (SBN 203056)<br>jgolinveaux@winston.com<br>Thomas J. Kearney (SBN 267087)<br>tkearney@winston.com<br>Winston & Strawn LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Fax: (415) 591-1400 | Case No. 4:15-cv-00306-YGR |

*Counsel for Plaintiff Houzz Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUZZ INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KNEW DEAL, INC., a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | Case No. ~~3~~ 4:15-cv-00306-YGR<br><br>STIPULATION FOR ORDER FOR DISMISSAL<br>[PROPOSED] ORDER |

**IT IS SO ORDERED AS MODIFIED**
*Judge Yvonne Gonzalez Rogers*

    WHEREAS, on March 9, 2015, Plaintiff Houzz Inc. ("Plaintiff") and Defendant Knew Deal, Inc. ("Defendant") entered into a settlement agreement (the "Settlement Agreement"), settling all issues and controversies in the above-entitled action;

    THEREFORE, IT IS STIPULATED AND AGREED, between the parties through their respective counsel of record herein, that:

    1.    the above-entitled action be dismissed without prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii);

    2.    each party shall bear its own attorneys' fees and costs except as set forth in the Settlement Agreement; and

    3.    the parties further stipulate and request that the Court retain jurisdiction over matters contained in the parties' Settlement Agreement for the purpose of enforcing, or adjudicating disputes arising from, the Settlement Agreement.

4. All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 10, 2015                     By: */s/ Jennifer A. Golinveaux*
                                              Jennifer A. Golinveaux
                                              WINSTON & STRAWN LLP
                                              Attorneys for Plaintiff
                                              HOUZZ INC.

Dated: March 10, 2015                     By: */s/   Brett Schuman*
                                              Brett Schuman
                                              GOODWIN PROCTER LLP
                                              Attorneys for Defendant
                                              KNEW DEAL, INC.

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims are hereby dismissed without prejudice subject to the terms of the parties' Settlement Agreement.

PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that the Court retains jurisdiction over matters contained in the parties' Settlement Agreement for the purpose of enforcing, or adjudicating disputes arising from, the parties' Settlement Agreement. Such jurisdiction shall extend for one year only.

Dated: March 11, 2015

Hon. Yvonne Gonzalez Rogers